EASTERN BANKING COMPANY, APPELLEE, V. ANNA C. SEELEY ET AL., APPELLANTS.

FILED FEBRUARY 9, 1900. No. 10,919.

Foreclosure Sale: APPRAISEMENT: NOTICE TO OWNER. The owner of real estate which is about to be sold under a decree of foreclosure is not entitled to notice of the time and place of making the appraisement. See *Maginn v. Pickard*, 57 Nebr., 642.

APPEAL from the district court of Buffalo county. Tried below before SULLIVAN, J. *Affirmed.*

*Hamer & Hamer*, for appellants.

*N. P. McDonald* and *McDonald & Squires*, for appellee.

HOLCOMB, J.

The appellants, defendants in foreclosure proceedings of a real estate mortgage, object to the confirmation of sale upon the sole ground that "no notice was given to the defendants, or either of them, of the time and place of the appraisement, and the said defendants were not permitted to give or produce evidence before the said appraisers concerning the value of the said premises." Upon the authority of *Tillson v. Benschoter*, 55 Nebr., 443, *Mills v. Hamer*, 55 Nebr., 445, and *Maginn v. Pickard*, 57

Nebr., 642, this objection can not be sustained. The order of the lower court confirming the sale is, therefore,

AFFIRMED.